

## Fourth Court of Appeals
### San Antonio, Texas

October 20, 2020

No. 04-20-00472-CV

**IN RE HALLMARK COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Rebeca C. Martinez, Justice
       Beth Watkins, Justice
       Liza Rodriguez, Justice

On September 18, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot.

This court's opinion will issue at a later date.

It is so **ORDERED** on October 20, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI18951, styled *Hallmark County Mutual Insurance Company v. Curney, Farmer, House, Osuna & Jackson, P.C., and William David Farmer*, pending in the 225th Judicial District Court, Gillespie County, Texas. The Honorable Karen Pozza signed the orders at issue in this original proceeding.